| FORM B1 | United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Poole, Donna L.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**0204** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**167 Cardamon Drive**<br>**Edgewater, Maryland 21037** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>*40046784/194.—* |
| County of Residence or of the<br>Principal Place of Business:   **Anne Arundel** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br> be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): Donna D Poole |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Donna D Poole_
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_10-16-04_
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s

**Gerald C. Baker,  04937**
Printed Name of Attorney for Debtor(s) / Bar No.

**Baker & Gaffigan, LLC**
Firm Name

**5900 Princess Garden Parkway  Suite 450**
Address

**Lanham, MD 20706**

**301-577-4600**                    **301-577-3375**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### District of Maryland

In re:  **Donna L. Poole**                    Case No. _____
        **0204**                              Chapter  **13**

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 75,823.00 | **Bay Area Accounting & Management** | 2002 |
| 79,211.00 | **Bay Area Accounting & Management** | 2003 |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

None
☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

NAME AND ADDRESS
OF ASSIGNEE

NAME AND ADDRESS OF CREDITOR
AND RELATIONSHIP TO DEBTOR

DATES OF
PAYMENTS

AMO

b.   List all property which
within **one year** immediat
under chapter 12 or chapt
spouses whether or not a
petition is not filed.)

None
☑

**4.   Suits and administrative proceedings, executions, garnishments an**

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party with
immediately preceding the filing of this bankruptcy case. (Married debtors filing under cha
chapter 13 must include information concerning either or both spouses whether or not a jo
filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS
OF CUSTODIAN

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION |
|---|---|---|
| **American Express Travel** v. **Donna Poole**   12298-2002 | civil collection | **district court** 251 Rowe Bouleva Annapolis, Marylan |
| **NRT Mid Atlantic**   0702-0000789-2002 | civil collection | **District Court** 251 Rowe Blvd. Annapolis, Marylan |
| **William Mcateer, et al** v. **Donna L. Poole, et al**   C-2002-79824-CV | Civil Collection | **Circuit Court** 7 Church Circle Annapolis, Marylan |

**7.   Gifts**

None
☑

List all gifts or charit
commencement of this ca
than $200 in value per in
than $100 per recipient.
or contributions by either
are separated and a joint

NAME AND ADDRESS
OF PERSON
OR ORGANIZATION

b.   Describe all property that has been attached, garnished or seized under any legal or e
process within **one year** immediately preceding the commencement of this case. (Marrie
filing under chapter 12 or chapter 13 must include information concerning property of eithe
spouses whether or not a joint petition is filed, unless the spouses are separated and a joi
petition is not filed.)

**8.   Losses**

None
☑

List all losses from fire, t
the commencement of th
under chapter 12 or chap
joint petition is filed, unle

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTI AND VALUE PROPERTY |
|---|---|---|

DESCRIPTION
AND VALUE OF
PROPERTY

**5.   Repossessions, foreclosures and returns**

**9.   Payments relate**

None
☑

None
☐

List all payments ma
including attorneys, for c
or preparation of a petiti
of this case.

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case. (Married debtors filing under cha
or chapter 13 must include information concerning property of either or both spouses whe
not a joint petition is filed, unless the spouses are separated and a joint petition is not filec

NAME AND ADDRESS
OF PAYEE

**Baker & Gaffigan, LLC**
**5900 Princess Garden**
**Suite 450**
**Lanham, MD 20706**

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTI AND VALUE PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None
☑

**10.   Other transfers**

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case. (Married debtors filing under cha
or chapter 13 must include any assignment by either or both spouses whether or not a join
is filed, unless the spouses are separated and a joint petition is not filed.)

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

## 18. Nature, location

None
☑

a.      If the debtor is an
and beginning and endin
executive of a corporatio
immediately preceding th
equity securities within th

If the debtor is a partners
business, and beginning
percent or more of the vo
commencement of this c

If the debtor is a corpora
business, and beginning
percent or more of the vo
commencement of this c

NAME

_____

b.      Identify any bu
U.S.C. § 101.

None
☑

NAME

_____

*[if completed by an individual*

I declare under penalty of pe
of financial affairs and any a

Date   _____

---

If the debtor has moved within the **two years** immediately preceding the commencement
case, list all premises which the debtor occupied during that period and vacated prior to th
commencement of this case.  If a joint petition is filed, report also any separate address of
spouse.

ADDRESS                                          NAME USED
_____

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territor
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or V
**period** immediately preceding the commencement of the case, identify the name of the
spouse who resides or resided with the debtor in the community property state.

NAME
_____

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating poll
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, gr
including, but not limited to, statutes or regulations regulating the cleanup of these substa

"Site" means any location, facility, or property as defined under any Environmental
formerly owned or operated by the debtor, including, but not limited to, disposal sit

"Hazardous Material" means anything defined as a hazardous waste, hazardous su
hazardous material, pollutant, or contaminant or similar term under an Environmer

a.     List  the name  and address of every site for which the debtor has received notice in
that it may be liable or potentially liable under or in violation of an Environmental Law. Indi
date of the notice, and, if known, the Environmental Law.

None
☑

SITE NAME AND                    NAME  AND ADDRESS              DATE OF
ADDRESS                          OF GOVERNMENTAL UNIT           NOTICE
_____

b.     List the name and address of every site for which the debtor provided notice to a g
Hazardous Material. Indicate the governmental unit to which the notice was sent and the

None
☑

SITE NAME AND                    NAME  AND ADDRESS              DATE OF
ADDRESS                          OF GOVERNMENTAL UNIT           NOTICE
_____

c.     List all  judicial or administrative proceedings, including settlements or orders, und
respect to which the debtor is or was a party.  Indicate the name and address of the gove
to the proceeding, and the docket number.

None
☑

NAME  AND ADDRESS                            DOCKET NUMBER
OF GOVERNMENTAL UNIT

Official Form 6 - Cont .
(12/03)

Form B6
(6/90)

In re: **Donna L. Poole**
_____
                    Debtor

**DECLARATI**

**DECLARATION**

I declare under penalty of perjury that I have re

sheets plus the summary page, and that they are t

Date:   6-16-04
_____

**DECLARATION UNDER PENAL**

Penalty for making a false statement or concealing pr

**United States Bankruptcy Cour**
**District of Maryland**

In re   **Donna L. Poole**                                    Cas
                                                             Ch

## SUMMARY OF SCHEDULE

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | |
|---|---|---|---|---|
| A - Real Property | YES | 1 | $        354,420.00 | |
| B - Personal Property | YES | 3 | $         17,634.90 | |
| C - Property Claimed as Exempt | YES | 1 | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | |
| H - Codebtors | YES | 1 | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | |
| Total Number of sheets in ALL Schedules ➤ | | 14 | | |
| Total Assets ➤ | | | $        372,054.90 | |
| Total Liabilities ➤ | | | | $ |

FORM B6A
` (6/90)

In re:  **Donna L. Poole** _____ ,    Case No. _____
        **Debtor**    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **167 Cardamon Drive Edgewater, Maryland 21037** | Fee Owner | | $ 354,420.00 | $ 344,323.00 |
| | | Total ➤ | $ 354,420.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Donna L. Poole**                                      Case No. _____
_____
         Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, Electronics, Kitchenware, misc. household goods | | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous Clothing | | 2,000.00 |
| 7. Furs and jewelry. | | Rings | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Metlife   Life Insurance | | 4,324.90 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Bay Area Accounting & Management Associates, Inc. 134 Holiday Court, #304 Annapolis, MD 21401 | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Farm Water Associates, LLC 4649 Sheepard Lane Ellicott City, Maryland 21042 | | 0.00 |

FORM B6B
(10/89)

In re **Donna L. Poole** _____ ,    Case No. _____
                  **Debtor**                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Eagle Summit | | 360.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Saturn | | 1,100.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Taurus | | 4,350.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

FORM B6B
(10/89)

In re **Donna L. Poole** _____ '    Case No. _____
                         **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_    continuation sheets attached            Total  >  | **$ 17,634.90** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re **Donna L. Poole**                                    , Case No. _____
                     Debtor.                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1992 Eagle Summit | ACM, C & JP § 11-504(b)(5) | 360.00 | 360.00 |
| Furniture, Electronics, Kitchenware, misc. household goods | ACM, C & JP § 11-504(b)(5) | 2,000.00 | 5,000.00 |
|  | ACM, C & JP § 11-504(f) | 2,500.00 | |
|  | ACM, C & JP § 11-504(b)(4) | 500.00 | |
| Metlife   Life Insurance | Md. Est. & Trusts Code § 8-115, Md. Ins. Code §16-111 | 4,324.90 | 4,324.90 |
| Rings | ACM, C & JP § 11-504(b)(5) | 500.00 | 500.00 |

FORM B6D
(12/03)

In re:  **Donna L. Poole** _____ ,    Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citifinancial Mortgage**<br>P.O. Box 14299<br>Irving, TX 75014 | | | **Deed of Trust**<br>**167 Cardamon Drive**<br>**Edgewater, Maryland 21037**<br><br>**VALUE $354,420.00** | | | | 344,323.00 | 0.00 |
| ACCOUNT NO.   24306870<br>**Ford Motor Credit**<br>P.O. Box 3076<br>Columbia, MD 21045 | | | **Security Agreement**<br>**2000 Taurus**<br><br>**VALUE $4,350.00** | | | | 5,868.01 | 0.00 |
| ACCOUNT NO.   417426970<br>**Satrun/Americredit**<br>P.O. Box 78143<br>Phoenix, AZ 85062 | | | **Security Agreement**<br>**1995 Saturn**<br><br>**VALUE $1,100.00** | | | | 3,801.00 | 2,701.00 |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal ▶<br>(Total of this page) | **$353,992.01** |
| Total ▶<br>(Use only on last page) | **$353,992.01** |

(Report total also on Summary of Schedules)

Form B6E - Cont.
(04/04)

In re __Donna L. Poole_____,   Case No. _____
                  Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Internal Revenue Service Room 1140 31 Hopkins Plaza Baltimore, Maryland 21201** | | | **Income Tax 2001** | | | | 0.00 | 12,976.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal  >   **$0.00**
(Total of this page)

Total  >   **$0.00**
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re **Donna L. Poole** _____ Case No. _____
                    Debtor                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                1  Continuation sheets attached

Form B6F - Cont.
(12/03)

In re **Donna L. Poole** _____,  Case No. _____
          Debtor                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Eric Ireland**<br>**William Mcateer, Victor Baker**<br>**c/c George Lantzas**<br>**791 Aquahart Road**<br>**]Glen Burnie, Maryland 21061** | | | judgment | | | | 225,000.00 |
| ACCOUNT NO.  **5438570000659253**<br>**Houshold Credit Services**<br>**P.O. Box 17051**<br>**Baltimore, Maryland 21297** | | | credit services | | | | 432.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Division**<br>**31 Hopkins Plaza**<br>**Room 1140**<br>**Baltimore, Maryland 21201** | | | Federal Income Tax 200 | | | | 3,141.00 |
| ACCOUNT NO.<br>**O'Connor Piper, Flynn**<br>**22 West Padonia Road**<br>**Timonium, Maryland 21093** | | | judgment | | | | 6,000.00 |
| ACCOUNT NO.  **2150880020401**<br>**Sallie Mae**<br>**P.O. Box 9550**<br>**Wilkes Barre, PA 18773** | | | student loan | | | | 50.11 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ **$234,623.11**
(Total of this page)

Total ➤ **$258,035.11**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6F (12/03)

In re **Donna L. Poole** _____, Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  12298-2002<br><br>American Express<br>c/o Steven G. Peroutka<br>8028 Ritchie Highway S-300<br>Pasadena, MD 21122 | | | judgment | | | | 10,766.00 |
| ACCOUNT NO.  5491130376922324<br><br>AT&T Universal<br>P.O. Box 44167<br>Jacksonville, Florida 32231 | | | credit purchases | | | | 6,791.00 |
| ACCOUNT NO.  4121741719199049<br><br>Capitol One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | Credit Purchases | | | | 752.00 |
| ACCOUNT NO.  4862-3622-0199-1380<br><br>Capitol One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | Credit Purchases | | | | 534.00 |
| ACCOUNT NO.  4388642271548185<br><br>Capitol One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | credit pruchases | | | | 4,569.00 |

<u>1</u>  Continuation sheets attached

Subtotal   ▸

Total   ▸

|  |
|---|
| $23,412.00 |
|  |

Form B6G
(10/89)

In re: **Donna L. Poole**                                    Case No. _____
              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                    Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Donna L. Poole** _____ , **Case No,** _____
                **Debtor**                                                               **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re **Donna L. Poole** _____, **Case No.** _____
                    Debtor                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Son** | **15** |
| | **Daughter** | **13** |
| | **Son** | **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accountant** | |
| Name of Employer | **Bay Area Accounting & Mgt Inc.** | |
| How long employed | **11 years** | |
| Address of Employer | **134 Holiday Court, #304 Annapolis, Maryland 21401** | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 6,500.00 | $ |
| Income from real property | $ 1,545.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 158.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 8,203.00 | $ |

TOTAL COMBINED MONTHLY INCOME _____ **$ 8,203.00** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                              **NONE**

Form B6J
(6/90)

In re **Donna L. Poole** , Case No.

Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,757.00 |
| Are real estate taxes included?   Yes _____   No ✓ | | |
| Is property insurance included?   Yes _____   No ✓ | | |
| Utilities   Electricity and heating fuel | $ | 250.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 120.00 |
| Other   **Cable** | $ | 115.00 |
| Home maintenance (repairs and upkeep) | $ | 300.00 |
| Food | $ | 500.00 |
| Clothing | $ | 500.00 |
| Laundry and dry cleaning | $ | 200.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| Charitable contributions | $ | 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 75.00 |
| Life | $ | 150.00 |
| Health | $ | 0.00 |
| Auto | $ | 300.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Est. 300  Income 600** | $ | 900.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 531.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **7,698.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 8,045.00 |
| B. Total projected monthly expenses | $ | 7,698.00 |
| C. Excess income (A minus B) | $ | 347.00 |
| D. Total amount to be paid into plan each   **Monthly** | $ | 347.00 |
| (interval) | | |

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

_____        _____        _____
Date                                              Signature of Debtor                                                        Case Number

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re:  **Donna L. Poole**                                           Case No. _____
        **0204**                                                      Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated:  _6-16-04_                                 Signed: _____
                                                           Donna L. Poole

Signed: _____
        **Gerald C. Baker**
        Bar No.    **04937**